UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVE SEIDL,

    Plaintiff,

    v.

BANK OF AMERICA, *et al.*,

    Defendants.

Case No. C13-1972RSL

ORDER OF REMAND

    This matter comes before the Court *sua sponte*. On October 30, 2013, defendant Bank of America removed the above-captioned matter to federal court alleging that the Court has jurisdiction based on the diversity of citizenship of the parties. "For a case to qualify for federal jurisdiction under 28 U.S.C. § 1332(a), there must be complete diversity of citizenship between the parties opposed in interest." Kuntz v. Lamar Corp., 385 F.3d 1177, 1181 (9th Cir. 2004) (internal citation omitted). In examining whether complete diversity is present, the citizenship of a limited liability company is determined by examining the citizenship of the owners/members. See Johnson v. Columbia Props. Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006) (holding that "like a partnership, an LLC is a citizen of every state of which its owners/members are citizens").

    The Court ordered Bank of America to provide the citizenship of each

ORDER OF REMAND - 1

1  owner/member of Specialized Loan Servicing, LLC.  Dkt. # 6.  In response, Bank of
2  America states only that Specialized Loan Servicing, LLC, is "a wholly-owned subsidiary
3  of Specialized Loan Servicing Holdings, LLC, a Delaware limited liability company."
4  Dkt. # 8.  The information provided is insufficient to establish the citizenship of the
5  parent LLC, however.  Having failed to establish the basis of the Court's jurisdiction
6  establish (see Indus. Tectonics, Inc. v. Aero Alloy, 912 F.2d 1090, 1092 (9th Cir. 1990)
7  ("The party asserting jurisdiction has the burden of proving all jurisdictional facts")), this
8  matter is hereby REMANDED to King County Superior Court.

Dated this 9th day of December, 2013.

Robert S. Lasnik
United States District Judge

ORDER OF REMAND - 2